**Opinion issued January 9, 2025**



In The

# Court of Appeals

For The

# First District of Texas

_____

### NO. 01-23-00622-CV

_____

## ROZEN LIN VILLASENOR, Appellant

## V.

## COLIN MCMILLION, Appellee

---

**On Appeal from the 387th District Court**
**Fort Bend County, Texas**
**Trial Court Case No. 18-DCV-248638**

---

## MEMORANDUM OPINION

On August 24, 2023, appellant, Rozen Lin Villasenor, filed a notice of restricted appeal from the trial court's April 17, 2023 "Default Order in Suit to Modify Parent-Child Relationship." On August 29, 2024, the Court abated this appeal and directed the parties to participate in mediation. On December 19, 2024,

appellant and appellee, Colin McMillion, filed a "Joint Motion to Reverse the Trial Court Judgment and Remand the Case to the Trial Court."

In the motion, the parties stated that they had "reached an agreement to compromise and settle their differences" in the underlying suit, and therefore, requested that the Court "set aside the trial court's judgment dated April 17, 2023[,] titled Default Order in Suit to Modify Parent-Child Relationship[,] without regard to the merits and remand the case to the trial court for rendition and entry of a new order/judgment in accordance with the parties' agreement." *See* TEX. R. APP. P. 42.1(a)(2)(B) (allowing appellate court to dismiss appeal upon agreement of parties to "set aside the trial court's judgment without regard to the merits and remand the case to the trial court for rendition of judgment in accordance with the agreement" of parties).

The motion is signed by counsel for appellant and appellee. No other party has filed a notice of appeal, and no opinion has issued. *See* TEX. R. APP. P. 42.1(a)(2), (c). The parties' motion further requested that the Court "expedite the issuance of the mandate to restore the trial court's jurisdiction." *See* TEX. R. APP. P. 18.1(c) (permitting appellate court clerk to issue mandate early "if the parties so agree").

Accordingly, we reinstate the appeal on the Court's active docket, grant the parties' motion, dismiss the appeal, set aside the trial court's judgment without

2

regard to the merits, and remand the case to the trial court for rendition of judgment in accordance with the parties' agreement. *See* TEX. R. APP. P. 42.1(a)(2)(B), 43.2(e). We further direct the Clerk of this Court to immediately issue the mandate in this appeal. *See* TEX. R. APP. P. 18.1(c). We dismiss all other pending motions as moot.

**PER CURIAM**

Panel consists of Justices Guerra, Caughey, and Morgan.